UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                         CASE NO.  3:06cr446LAC

KIMBERLY DENISE BROWN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     March 6, 2008
Motion/Pleadings:  REQUEST FOR PROCEED WITH CONSIDERATION for a modified term of imprisonment as a result of the Amended Guideline Range effective 11/1/07 (18 U.S.C. § 3582) and REQUEST FOR APPOINTED COUNSEL
Filed by  DEFENDANT PRO SE          on 3/5/08            Doc.#   33

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of March, 2008, that:*

*(a) The relief requested is* **DENIED.  MOOT.**

*(b) See doc. 32.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.