UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS  CASE NO. 3:06-CR-446-001/LAC

KIMBERLY DENISE BROWN

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: Kimberly Denise Brown #06578-017 (Payee)
Address: FCI - Tallahassee
501 Capital Circle, NE
Tallahassee, FL 32301

Receipt Number  B081109DFLN306CR000446

Date of Receipt  9/24/09

Motion: N/A

Explanation: Kimberly Brown's $500.00 special assessment was paid on 9/2/09. The Clerk's office received $34.32 on the August 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Ms. Brown does not owe any additional money. Requesting authorization to refund the $34.32 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: _s/Philip Detweiler_
Philip Detweiler, Financial Specialist  Date: October 6, 2009

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 6th day of October, 2009, that the Clerk refund the identified funds to the payee.

APPROVED    XX

DENIED _____  s/L.A. Collier
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99